Case 6:12-cv-01658-GKS-TBS Document 1-4 Filed 11/05/12 Page 1 of 7 PageID 38



FILED
2012 NOV 05 PM 1:02
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

__Orlando__ Division

CIVIL RIGHTS COMPLAINT FORM

CASE NUMBER: 6:12-cv-1658-orl-18TBS
(To be supplied by Clerk's Office)

MARCUS DWAYNE Robertson
2011000011051
(Enter full name of each Plaintiff and prison number, if applicable)

v.

United States Marshal Service,
Seminole County Sheriff, Unnamed Deputy-Sheriffs
Seminole County Jail, Unnamed Marshals
Seminole County Sheriffs' office,
(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Seminole County Jail
(Indicate the name and location)
211 Bush Boulevard, Sanford, FL 32773

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)   1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): __Not Applicable__

      Defendant(s): __Not Applicable__

   2. Court (if federal court, name the district; if state court, name the county):
      __Not Applicable__

   3. Docket Number: __Not Applicable__

   4. Name of judge: __Not Applicable__

   5. Briefly describe the facts and basis of the lawsuit: __Not Applicable__

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __Not Applicable__

   7. Approximate filing date: __Not Applicable__

   8. Approximate disposition date: __Not Applicable__

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

Not Applicable

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: MARCUS DWAYNE ROBERTSON

Mailing address: Attention: 2011-000-11051  211 Bush Boulevard Sanford, FL. 32773

B. Additional Plaintiffs: Not Applicable

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: United States Marshal Service

Mailing Address: 401 West Central Boulevard, Orlando, Florida 32801-0120

Position: United States Marshal Service

Employed at: 401 W. Central Blvd. United States Marshal Service

D. Defendant: Seminole County Sheriff

Mailing Address: 211 Bush Blvd. Sanford, FL 32773

DC 225 (Rev 2/2012)

3

E.
Position: Seminole County Sheriff
Employed at: Seminole County Sheriff's Office
Defendant: Unnamed Deputy-Sheriffs
Mailing Address: 211 Bush Blvd. Sanford, FL. 32773

F.
Position: Deputy-Sheriff
Employed at: Seminole County Sheriffs Office
Defendant: Seminole County Jail
Mailing Address: 211 Bush Blvd. Sanford, FL 32773

G.
Position: Seminole County Jail
Employed at: Seminole County Jail
Defendant: Unnamed Marshals
Mailing Address: 401 West Central Boulevard, Orlando FL. 32801-0120
Position: United States Marshal
Employed at: United States Marshal Service

H. Defendant: Seminole County Sheriffs Office
Employed at: Seminole County Sheriffs Office
mailing address: 211 Bush Blvd. Sanford, FL 32773
Position: Seminole County Sheriffs Office

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

*Please See Attachment A*

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

*Please See Attachment B*

See Attachment B

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Wherefore the Plaintiff requests that the Court Order the

Defendents to provide the plaintiff with an independent medical evaluation to determine the amount of damage or proposed damage the exposure to the chipped lead paint, Black Mold, Constant filth, sewage and tortuous treatment has caused Plaintiff. Further the Plaintiff requests damages in the amount of $200,000.00 for being placed in conditions that amount to torture. The Plaintiff further requests that the Seminole County Jail be closed until a full and independent...
See Attachment C

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __30__ day of __October__, 2012.

MARCUS Robertson

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail on: the __31__ day of __October__, 2012.