Page 01

Attachment A
Statement of Claim:

1) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment, where Jail administration and staff commit active acts of torture against Federal Inmates.

2) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment, Jail administration and staff ordered and executed this violation by leaving bright lights on to keep Inmates awake 21 hours a day. This is a form of mental and Physical torture as it does not allow the Inmates normative sleeping hours.

3) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by housing Inmate in a cell that has its window completely painted. This does not allow the Plaintiff natural sunlight or the ability to discern the time of day, hence destroying the plaintiffs natural internal clock and causing emotional distress.

4) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by not allowing Plaintiff outside recreation or sunlight at least 5 hours per week as per Code of Federal Regulations.

Attachment A

Continued Statement of Claim:

5) Violation of Plaintiffs 8th Amendment right to be free from Cruel and unusual punishment by ~~not allowing~~ housing sentenced inmates along with Pre-trial Inmates exposing the Inmate to a high probability of harm by violent or at times violent criminals towards an unsentenced or innocent person.

6) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by housing Sexual offenders with Non-Sentenced Inmates and Non-Sexual offenders.

7) Violation of Plaintiffs 1st and 14th Amendment rights of Liberty interests and due Process by denying the Plaintiff access to a Law Library and in fact having no Law Library at all for Federal Inmates.

8) Violation of Plaintiffs 1st and 14th Amendment rights by denying Inmate access to private legal Phone calls with Plaintiffs attorney for the Period of one month.

9) Violation of Plaintiffs 8th Amendment right to be free from Cruel and unusual punishment by housing the Plaintiff in a cell block that has visible Black-Mold, Asbestos, Lead paint and is in such an unsanitary condition that there have been multiple outbreaks of Scabies and other diseases.

Page 83       Attachment A B A

Continued Statement of Claim:

10) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by denying Plaintiff and others access to a razor to shave with, While at the same time allowing State Inmates razors to shave with. Hence causing unsanitary living conditions amongst Federal Inmates and possibly affecting how the Plaintiff is judged when he appears for his Criminal Case.

11) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by making Plaintiff and others, climb, jump and otherwise risk injury, by not having any ladders or climbing device to safety assist the Plaintiff from getting in and out of the Bunk beds.

12) Violation of Plaintiffs 8th and 1st Amendment rights by forcing the plaintiff to listen to loud religious music during the short 3 hours when the lights are dimmed and then prohibiting the Plaintiff from wearing Plaintiffs' religous cap outside of Plaintiffs cell.

13) Violation of Plaintiffs 14th Amendment right to due process by denying Plaintiff human Contact visitation with Family in clear violation of Code of Federal Regulations concerning the housing of Federal Inmates.

Attachment A

Continued Statement of Claim:

14) Violation of 8th Amendment right to be free from cruel and unusual punishment by feeding the Plaintiff through a food trap that is riddled with chipped lead paint and rust exposing the Plaintiff to the threat of lead poisoning at every meal and only allowing the Plaintiff hot drinking water at night and that from a foul smelling container with water that is equally foul in smell and taste that it causes plaintiff to be ill.

15) Violation of Plaintiffs' 8th Amendment right to be free from cruel and unusual punishment by forcing Plaintiff to wear an identification Armband similar to the ones used at German Concentration camps.

16) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by transporting the Plaintiff to and from Court in a dog-Animal truck or worse. A solid, steel box with no windows, no light, no seatbelts and barely enough room to sit. It is so dark, Plaintiff is forced to ride in total darkness. This (me) is inhumane.

17) Violation of Plaintiffs 8th Amendment right to be free from cruel and unusual punishment by housing the Plaintiff in an open area that has piles of filth and trash left on the floor for hours. Forcing the Plaintiff to live in a filthy disease producing environment because the trash can is only allowed at night.

Page 25
Continued

Attachment A

Statement of Claim:

18) Violation of Plaintiffs 1st, 8th and 14th Amendment rights of Liberty interests, the right to be free from cruel and unusual punishment and due process by interfering with, withholding and even blocking Plaintiffs' mail and by showing deliberate indifference by not informing Plaintiff.